## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| RICHARD A. FISHER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.:   4:20-cv-00052 |
| | § | |
| CST DRILLING FLUIDS, INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

COMES now the Plaintiff, pursuant to the Federal Rules of Civil Procedure, and files this

Notice of Dismissal With Prejudice as to his claims against Defendant CST Drilling Fluids, Inc.

Date: September 7, 2021.


Respectfully submitted,

By:     */s/ Matthew W. Bobo*
       **Matthew W. Bobo**
       **Attorney-in-Charge**
       Texas State Bar No. 24006860

       LAW OFFICE OF MATTHEW BOBO, PLLC
       4916 Camp Bowie Blvd
       Ft. Worth, Texas 76107
       (817) 529-0774 (Telephone)
       (817) 698-9401 (Facsimile)
       mbobo@mwblawyer.com
       **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on September 7, 2021, a true and correct copy of the foregoing document was served on counsel of record via electronic service.

/s/ Matthew W. Bobo
Matthew W. Bobo